# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-599-JCM-GWF |
| JOY BASA ROY, | ) | |
| Defendant. | ) | **ORDER** |

On June 12, 2012, the court granted Richard F. Boulware's sealed "Motion to Withdraw and for Appointment of New Counsel" (#36). Therefore;

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed in place of the federal public defender for the purpose of appeal.

IT IS FURTHER ORDERED that the federal public defender shall forward the file to Mr. Leventhal forthwith.

DATED this 15th day of June, 2012.

NUNC PRO TUNC: June 12, 2012.

_____
JAMES C. MAHAN
United States District Judge