# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:10-cr-599-JCM-GWF |
| JOY BASA ROY, | ) |
| Defendant. | ) **ORDER** |

Defendant Joy Roy's self-surrender date is currently scheduled for November 17, 2012, pursuant to court order based on the parties' stipulation to modify defendant's self-surrender date. (Doc. # 44). This date, however, is a Saturday.

Because this date falls on a weekend, the court orders a self-surrender date of November 19, 2012. **Thus, defendant is ordered to self surrender to the facility designated by the Bureau of Prisons at 12 p.m. noon on Monday, November 19, 2012.**

IT IS SO ORDERED.

DATED October 26, 2012.

_____
JAMES C. MAHAN
United States District Judge